IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC -8 P 3:40

CLERK _L. LaVictorie_
SO. DIST. OF GA.

JOE CURTIS HARRIS,

    Plaintiff,

v.

Correctional Officer ADAMS,

    Defendant.

CIVIL ACTION NO.: CV506-069

## ORDER

Plaintiff has filed a Request for Entry of Default and a Motion for Default Judgment. In these motions, Plaintiff asserts that Defendant has failed to respond to his complaint and that he is entitled to judgment in his favor. Defendant has filed a response to Plaintiff's motions. A review of the Clerk's docket shows that Defendant's answer filed on November 27, 2006, was timely. Plaintiff's motions are **DENIED**.

**SO ORDERED**, this 8th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)